# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Claud Sloan, | ) | |
| | ) | **ORDER SCHEDULING SETTLEMENT** |
|       Plaintiff, | ) | **CONFERENCE** |
| | ) | |
|   vs. | ) | |
| | ) | |
| Hartford Life and Accident Insurance | ) | |
| Company, a foreign corporation, | ) | |
| | ) | Case No. A1-05-014 |
|       Defendant. | ) | |

---

The court shall conduct a settlement conference in the above-entitled action on January 3, 2006, at 1:30 p.m. (Central Time). The conference shall be conducted by telephone conference call to be initiated by the court. The court will be initiate the conference with counsel for both parties with the understanding that the parties themselves will be on standby and available to participate in further conference calls with their attorneys and/or the court

The court will not require the parties to submit confidential settlements prior to the conference. Nevertheless, the parties may submit any materials they believe would be useful to the court in analyzing the factual and legal issues in this case. Any materials the parties chose to submit will not become a part of the file of the case, but shall be for the exclusive use of the court in preparing for and conducting the settlement conference.

**IT IS SO ORDERED.**

Dated this 7th day of December, 2005.


/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge