**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Claud Sloan, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING STIPULATION FOR** |
| ) | **EXTENSION OF TIME** |
| vs. ) | |
| ) | |
| Hartford Life and Accident ) | |
| Insurance Company, a foreign ) | Case No. 1:05-cv-014 |
| corporation, ) | |
| ) | |
| Defendant. ) | |

On June 8, 2006, the plaintiff, Claud Sloan, filed a "Motion for ERISA Attorney's Fees and Costs." See Docket No. 32. Under Local Rules 7.1(A) and 54.1(B). an opposing party has ten (10) days to file a response to such a motion. On June 20, 2006, the parties jointly filed a "Stipulation for Extension of Time to Respond to Plaintiff's Motion for Attorney's Fees and Costs." According to the stipulation, the parties are attempting to resolve the matter without court intervention and have agreed to an extension of the time to file a response. The Court **ADOPTS** the stipulation. (Docket No. 35). As outlined by the stipulation, the defendant, Hartford Life and Accident Insurance Company, shall have until Tuesday, June 27, 2006, to file a response to Sloan's motion.

**IT IS SO ORDERED.**

Dated this 22nd day of June, 2006.

*/s/  Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court