**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Claud Sloan, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **REGARDING PLAINTIFF'S MOTION FOR** |
| vs. | ) | **ATTORNEYS' FEES AND COSTS** |
| | ) | |
| Hartford Life and Accident | ) | |
| Insurance Company, a foreign | ) | Case No. 1:05-cv-014 |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

On July 19, 2006, the parties filed a pleading entitled "Stipulation Regarding Plaintiff's Motion for Attorney's Fees and Costs." The stipulation relates to a previous "Motion for ERISA Attorney's Fees and Costs" filed by the plaintiff, Claud Sloan, on June 8, 2006. See Docket No. 32. The parties have reached an agreement concerning attorney's fees and costs pending the outcome on appeal. Thus, no further action is necessary on the Plaintiff's prior motion. The Court **ADOPTS** the stipulation in its entirety. (Docket No. 38). The Plaintiff's Motion for ERISA Attorney's Fees and Costs is **DENIED** as moot. (Docket No. 32).

**IT IS SO ORDERED.**

Dated this 27th day of July, 2006.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court